**From:** George,Danna [mailto:Danna.George@CNA.com]
**Sent:** Wednesday, April 11, 2018 8:30 AM
**To:** 'Donny Anthon' <donnya@cornerstoneinsurancegroup.com>; Troy Bryce <tbryce@pharma-tech.com>; Tee Noland <tee@pharma-tech.com>; 'Beth Chiappa' <bethc@cornerstoneinsurancegroup.com>
**Cc:** Kriegstein,Megan <Megan.Kriegstein@cna.com>; Marsalli,Daniel <Daniel.Marsalli@cna.com>
**Subject:** PTI coverage letter
**Importance:** High

Pursuant to our prior discussions, please find attached Continental Casualty's coverage position letter in the Talc matters.

Please let me know if you have any questions, or would like to discuss any aspects of the letter.

Thanks,

Danna George PCLS
Claims Consultant, Healthcare Segment-Life Sciences
CNA Insurance Companies
P.O. Box 8317
Chicago, IL 60680-8317
Phone 1-617-994-4324

CNA has been a leading insurer of healthcare organizations and professionals for more than 50 years.
When it comes to providing business insurance solutions... we can show you more.

NOTICE: This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.


EXHIBIT E