**From:** Donny Anthon
**Sent:** Tuesday, July 31, 2018 11:07 AM
**To:** George,Danna <Danna.George@CNA.com>
**Cc:** Marsalli,Daniel <Daniel.Marsalli@cna.com>; Schultz,Rachael Ann <Rachael.Schultz@cna.com>; Beth Chiappa <bethc@cornerstoneinsurancegroup.com>; Tee Noland <tee@pharma-tech.com>; Troy Bryce <tbryce@pharma-tech.com>
**Subject:** Re: PTI- coverage letter

Good Morning Danna:

In reviewing the attached letter we would like to request some clarification. Specifically on page 5 the following sentence, "**This claim relation includes all of the claims and Talc Actions listed above, and any claims, demands, subpoenas or lawsuit subsequently made related to talc powder alleging ovarian cancer and/or talc-related cancers.**"

Is the intention of this sentence to say that CNA will continue to treat all talc claims other than those alleging asbestos exposure remain as related? In the use of the words "listed above" it appears you may be batching the Schackne Action with all other talc claims.

Please provide clarification. I would appreciate a very quick response as we need to have a full understanding of CNA's position. Thank you.

-Donny Anthon
Vice President

The Cornerstone Insurance Group, LLC

2

